## FANNY J. WHEELOCK, APPELLANT, *v.* GEORGE M. CUYLER, RESPONDENT.

*Evidence — Code, section 399.*

Where in an action of trespass, *quare clausum fregit*, defendant claims to have entered as the agent of the owners, the testimony of plaintiff's grantors as to conversations between them and a person deceased at the time of the trial, through whom defendant's principal claims, is inadmissible under section 399 of the Code.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*Scott Lord*, for the appellant.

*James Wood*, for the respondent.

Opinion by MORGAN, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment affirmed.